IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DECURTIS HOLDINGS LLC, *et al.*,[1] | ) | Case No. 23-10548 (JKS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| CARNIVAL CORPORATION, | ) | Adv. Case No. 23-50413 (JKS) |
| | ) | |
| Adversary Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DECURTIS HOLDINGS LLC, DECURTIS LLC, | ) | |
| | ) | |
| Adversary Defendants. | ) | |

**NOTICE OF VIRGIN CRUISES INTERMEDIATE LIMITED'S SUBMISSION
OF ALTERNATIVE PROPOSED PERMANENT INJUNCTION**

Further to this Court's August 9, 2023 opinion (D.I. 459, the "August 9th Opinion") and in accordance with the Court's related directive during the August 24, 2023 status conference, Virgin Cruises Intermediate Limited ("Virgin Voyages") hereby submits the enclosed alternative proposed permanent injunction ("Proposed Injunction") for the Court's consideration.  Virgin Voyages' Proposed Injunction flows from this Court's August 9th Opinion regarding ownership of the "comprehensive cruise experience" platform created by Debtors DeCurtis Holdings LLC and

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: DeCurtis Holdings LLC (2384) and DeCurtis LLC (9241). The location of the Debtors' service address in these chapter 11 cases is 3208 East Colonial Drive, Suite C190, Orlando, FL 32803.

RLF1 29523408v.1

DeCurtis LLC (collectively, "DeCurtis"), known as the DeCurtis Experience Platform (the "DXP"). D.I. 459 (the "August 9th Opinion"). There, the Court found that Carnival Corporation ("Carnival") held "an ownership interest in the DXP" and was "entitled to an injunction against the use or sale of the DXP." *Id.* at 3. The Court, however, declined to enter an injunction in the form Carnival requested. *Id.* at 3, 50–51. Among other things, the Court explained that it was:

> concerned about the potential consequences that an injunction would have on those cruise lines that utilize the DXP, including possible disruption of guest services, impairment of operations and system functioning, and safety risks, as well as collateral business issues. The Court is without a record to determine what advance precautions are needed, if any, in the short term to ensure the operations and safety of vessels using DXP.

*Id.* at 51. As previously noted in Virgin Voyages' recent filings before this Court (*see* D.I. 519, 520), Virgin Voyages is one such cruise line that uses and relies on DXP, and stands to be significantly impacted if its use of DXP is impaired. Accordingly, Virgin Voyages submits the enclosed Proposed Injunction, which appropriately reflects and protects Virgin Voyages' various rights to the DXP system, to license same, and with regard to DXP source code, both in light of its agreements with Carnival and with DeCurtis itself.

[*Remainder of page intentionally left blank*]

Dated: August 24, 2023
     Wilmington, Delaware

*/s/ Matthew P. Milana*
Zachary I. Shapiro (No. 5103)
Marcos A. Ramos (No. 4450)
Matthew P. Milana (No. 6681)
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: shapiro@rlf.com
       ramos@rlf.com
       milana@rlf.com

-and-

George A. Davis
Kenneth G. Schuler
Hugh Keenan Murtagh
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, New York 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
E-mail: george.davis@lw.com
       kenneth.schuler@lw.com
       hugh.murtagh@lw.com

*Counsel to Virgin Cruises Intermediate Limited*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DECURTIS HOLDINGS LLC, *et al.*,[1] | ) | Case No. 23-10548 (JKS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| CARNIVAL CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. Case No. 23-50413 (JKS) |
| | ) | |
| DECURTIS HOLDINGS LLC, DECURTIS LLC | ) | |
| | ) | |
| Defendants. | ) | |

## PROPOSED PERMANENT INJUNCTION

1. In accordance with the Order entered by the Court on this date and based on the parties' motion papers and briefs, the evidence presented at trial, and the entire record compiled in this action, the Court enters this PERMANENT INJUNCTION as follows:

2. DeCurtis Holdings LLC and DeCurtis LLC ("Debtors"), their estates, and their officers, directors, affiliates, or those acting in concert with them and with actual knowledge of this Injunction are hereby PERMANENTLY ENJOINED AND PROHIBITED from:

   a. Using, selling (including pursuant to a sale under section 363 of the Bankruptcy Code), or disclosing DeCurtis's "Location Services" or "Location Solution" or "location engine" products, applications, or modules;

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: DeCurtis Holdings LLC (2384) and DeCurtis LLC (9241). The location of the Debtors' service address in these chapter 11 cases is 3208 East Colonial Drive, Suite C190, Orlando, FL 32803.

RLF1 29523453v.1

b. Using, selling (including pursuant to a sale under section 363 of the Bankruptcy Code), or disclosing all DeCurtis products, applications, or modules that depend upon or are integrated with DeCurtis's "Location Services" or "Location Solution" or "location engine" products, applications, or modules, including at least DeCurtis's Wayfinding and Dynamic Delivery products and applications;

c. Using, selling (including pursuant to a sale under section 363 of the Bankruptcy Code), or disclosing firmware and source code for wearable devices and readers to communicate using Bluetooth Low Energy ("BLE") that was developed by DeCurtis for use with its DXP System;

d. Using, selling (including pursuant to a sale under section 363 of the Bankruptcy Code), or disclosing the "DXP Assets" identified in Paragraph 49 of the June 27, 2023 Declaration of Derek Fournier, with the exception of the Mobile Assembly Suite products;

e. Using, selling (including pursuant to a sale under section 363 of the Bankruptcy Code), or disclosing software or other material that include or derive from any "Deliverable" or other form of "Carnival Information", as those terms are defined in Article 4 of the Master Services Agreement (MSA) between Carnival and DeCurtis, including any software or other material comprising or derived from the "Greeter," "Photo" or "Photowall," "Gangway" or "Embarkation," and "Food & Beverage" or "F&B" Deliverables prepared under the MSA,, including such software or other materials that have been "scrubbed" to remove Carnival references or otherwise modified for use by DeCurtis or customers other than Carnival;

    f. Altering, deleting, corrupting, or rendering inoperable the DXP Source Code, including with regard to the source code utilized for the vessels identified in Paragraph 3 hereof; and

    g. Using, selling (including pursuant to a sale under section 363 of the Bankruptcy Code), or disclosing any other Carnival Information, as that term is defined in Article 4 of the MSA, or information or materials derived therefrom, including technical documentation (i.e., architectural diagrams, product requirements documents, user stories, feature lists, etc.).

3. Notwithstanding the foregoing, it shall not be a violation of this Order:

    a. For Virgin Cruises Intermediate Limited ("VCIL") to continue to utilize and operate using the DXP assets as presently implemented on the Scarlet Lady, Valiant Lady, Resilient Lady, and Brilliant Lady (collectively, the "Vessels") and in accordance with the "Agreement to Avoid Intellectual Property Disputes" by and between Carnival Corporation and Virgin Cruises Intermediate Limited, Inc. dated October 13, 2020 (the "Virgin-Carnival Agreement");

    b. For VCIL to exercise its rights under the Term Sheet by and between Carnival and VCIL dated August 24, 2023, including (but not limited to) by way of VCIL or contractors to make such modifications, upgrades, updates, and/or other improvements to the source code and/or DXP Assets so long as the resulting functionality is in accordance with the Virgin-Carnival Agreement and so long as said source code and/or DXP Assets are not sold by VCIL to any third parties; and

    c. For VCIL to exercise any rights to acquire the DXP Source Code and to obtain a perpetual license to the same pursuant to its various agreements with DeCurtis, including (1) the Software Development Services Agreement between DeCurtis Corporation and VCIL, on July 14, 2017, as amended; (2) the Software Development Services Agreement between DeCurtis Corporation and Virgin Cruises Intermediated Limited, on July 16, 2018, as amended; (3) the Source Code Escrow Agreement between DeCurtis Corporation and DeCurtis LLC and VCIL(effective as of March 30, 2023), as amended;  (4) the Single Beneficiary Software Escrow Agreement (made on March 30, 2023), by and among DeCurtis Corporation and DeCurtis LLC, VCIL and Escrow London LTD; and (5) the Escrow Deed by and among DeCurtis Corporation and DeCurtis LLC, Cantor Fitzgerald Securities, as Agent, VCIL, and Riverside Escrow Limited.

**IT IS SO ORDERED.**