IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>DECURTIS HOLDINGS LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10548 (JKS)<br><br>(Joint Administered) |
| CARNIVAL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>DECURTIS HOLDINGS LLC and DECURTIS LLC,<br><br>Defendants. | Adv. Pro. No. 23-50413 (JKS) |

### UNUMX'S NOTICE OF APPEAL OF THE PERMANENT INJUNCTION ORDER

Notice is hereby given that, pursuant to 28 U.S.C. § 158, Federal Rules of Bankruptcy Procedure 8001, 8002, and 8003, and Rule 8003-1 of the Local Rules of Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, UnumX, a Cayman Islands exempted company incorporated with limited liability ("UnumX") hereby appeals to the United States District Court for the District of Delaware from the United States Bankruptcy Court for the District of Delaware's *Permanent Injunction Order* (D.I. 534; Adv. D.I. 83) (the "Permanent Injunction Order"), entered on August 25, 2023, the corresponding *Opinion Regarding Ownership of the DXP Assets and Carnival's Request for Declaratory and Injunctive Relief* (D.I. 459; Adv. D.I. 57), entered on August 9, 2023 (the "Opinion"), and all rulings, proceedings, orders, findings, and

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number include: DeCurtis Holdings LLC (2384) and DeCurtis LLC (9241). The location of the Debtors' service address in these chapter 7 cases is 3208 East Colonial Drive, Suite C190, Orlando, FL 32803.

decisions (whether oral or written) interlocutory thereto or underlying the Opinion and/or the Permanent Injunction Order.[2]

A copy of the Permanent Injunction Order is attached hereto as **Exhibit A**. A copy of the Opinion is attached hereto as **Exhibit B**. This Notice of Appeal is also accompanied by the prescribed fee.

The names of the parties to the order appealed from, and the names, addresses, and telephone numbers of their respective attorneys are set forth below:

1. **Appellant:**

    UnumX

    **Appellant's Counsel:**

    Adam G. Landis
    Matthew B. McGuire
    Nicolas E. Jenner
    Landis Rath & Cobb LLP
    919 Market Street, Suite 1800
    Wilmington, DE  19801
    Telephone: (302) 467-4400
    Facsimile: (302) 467-4450
    landis@lrclaw.com
    mcguire@lrclaw.com
    jenner@lrclaw.com

    Jeffrey A. Lamken (*pro hac vice* pending)
    Jennifer E. Fischell (*pro hac vice* pending)
    MoloLamken LLP
    The Watergate, Suite 500
    600 New Hampshire Avenue, N.W.
    Washington, D.C.  20037
    Telephone: (202) 556-2000
    Facsimile: (202) 556-2001
    jlamken@mololamken.com
    jfischell@mololamken.com

---

[2] The Debtors filed a notice of appeal from the Opinion on August 22, 2023, Adv. D.I. 73, which appeal was docketed in the District Court as Civil Action No. 1:23-cv-00919 (D. Del.). On August 24, 2023, the Debtors' DIP Agent, Invictus Global Management, LLC completed the Partial Strict Foreclosure of certain of the Debtors' assets. *See* Notice of Exercise of DIP Remedies, D.I. 530. The Partial Strict Foreclosure transferred the Debtors' rights to the above-captioned adversary proceeding, including appellate rights in connection with the Opinion, to UnumX. *See* Exhibit B to Partial Strict Foreclosure Agreement at 2, D.I. 530-1.

Justin M. Ellis (*pro hac vice* pending)
Joshua D. Bloom (*pro hac vice* pending)
Ryan Yeh (*pro hac vice* pending)
MoloLamken LLP
430 Park Avenue
New York, NY 10022
Telephone: (212) 607-8160
Facsimile: (212) 607-8161
jellis@mololamken.com
jbloom@mololamken.com
ryeh@mololamken.com

2. **Appellee:**

   Carnival Corporation

**Appellee's Counsel:**

Domenic E. Pacitti
Richard M. Beck
Sally E. Veghte
Kler Harrison Harvey Branzburg LLP
919 Market Street, Suite 1000
Wilmington, DE 19801
Telephone: (302) 426-1189
dpacitti@klehr.com
rbeck@klehr.com
sveghte@klehr.com

Raniero D'Aversa
Michael Trentin
Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019
Telephone: (212) 506-5000
rdaversa@orrick.com
mtrentin@orrick.com

Sheryl K. Garko
Orrick, Herrington & Sutcliffe LLP
222 Berkeley Street, Suite 2000
Boston, MA 02116
Telephone: (617) 880-1800
Email: sgarko@orrick.com

Steven J. Routh
T. Vann Pearce, Jr.
Diana S. Fassbender
Orrick, Herrington & Sutcliffe LLP
1152 15th Street N.W.
Washington, D.C.  20005
Telephone: (202) 339-8400
srouth@orrick.com
vpearce@orrick.com
dszego@orrick.com

3. **Interested Parties:**

   a. **DeCurtis Holdings LLC**
   Chapter 7 Trustee, Alfred T. Guiliano
   Giuliano, Miller & Company, LLC
   2301 E Evesham Road
   800 Pavilion, Suite 210
   Voorhees, NJ  08043
   Telephone: (856) 767-3000 ext. 11
   Facsimile: (856) 767-3500
   atgiuliano@giulianomiller.com

   **DeCurtis Chapter 7 Trustee's Counsel:**  N/A (No Appearance Filed)

   b. **Invictus Global Management LLC ("Invictus")**

   **Invictus's Counsel:**

   The undersigned counsel from Landis Rath & Cobb LLP and MoloLamken LLP also represent Invictus.  Invictus is also represented by:

   David M. Hillman
   Vincent Indelicato
   Proskauer Rose LLP
   Eleven Times Square
   New York, NY  10036
   Telephone: (212) 969-3000
   Facsimile: (212) 969-2900
   dhillman@proskauer.com
   vindelicato@proskauer.com

Jordan Sazant
Libbie B. Osaben
Ashley M. Weringa
Proskauer Rose LLP
70 West Madison, Suite 3800
Chicago, IL  60602
Telephone: (312) 962-3550
Facsimile: (312) 962-3551
jsazant@proskauer.com
losaben@proskauer.com
aweringa@proskauer.com

Dated:  September 5, 2023
        Wilmington, Delaware

**LANDIS RATH & COBB LLP**

/s/ *Matthew B. McGuire*
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
Nicolas E. Jenner (No. 6554)
919 Market Street, Suite 1800
Wilmington, DE  19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: landis@lrclaw.com
      mcguire@lrclaw.com
      jenner@lrclaw.com

- and -

**MOLOLAMKEN LLP**
Jeffrey A. Lamken (admitted *pro hac vice*)
Jennifer E. Fischell (admitted *pro hac vice*)
The Watergate, Suite 500
600 New Hampshire Avenue, N.W.
Washington, D.C.  20037
Telephone: (202) 556-2000
Facsimile: (202) 556-2001
Email: jlamken@mololamken.com
      jfischell@mololamken.com

- and -

**MOLOLAMKEN LLP**
Justin M. Ellis (admitted *pro hac vice*)
Joshua D. Bloom (admitted *pro hac vice*)
Ryan Yeh (admitted *pro hac vice*)
430 Park Avenue
New York, NY 10022
Telephone: (212) 607-8160
Facsimile: (212) 607-8161
Email: jellis@mololamken.com
　　　　jbloom@mololamken.com
　　　　ryeh@mololamken.com

*Counsel for UnumX*