# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>DECURTIS HOLDINGS LLC, *et al.*,[1]<br><br>               Debtors. | Chapter 7<br><br>Case No. 23-10548 (JKS)<br><br>(Jointly Administered) |
| CARNIVAL CORPORATION,<br><br>               Plaintiff,<br><br>    v.<br><br>DECURTIS HOLDINGS LLC and DECURTIS LLC,<br><br>               Defendants. | Adv. Pro. No. 23-50413 (JKS) |

**CONSENSUAL ORDER GRANTING INVICTUS'S AND UNUMX'S EMERGENCY MOTION FOR PARTIAL STAY OF PERMANENT INJUNCTION PENDING APPEAL**

This matter coming before the Court on the Motion of Invictus Global Management LLC ("<u>Invictus</u>") and UnumX pursuant to Rule 8007 of the Federal Rules of Bankruptcy Procedure, for an order staying in part the Permanent Injunction Order, D.I. 534, Adv. D.I. 83, pending appeal; and the Court having found that (1) it possesses jurisdiction over this matter, (2) venue is proper before this Court, (3) the legal and factual bases set forth in the Motion establish just cause for the relief granted herein, and (4) the parties having submitted a consensual form of order under certification of counsel;

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number include: DeCurtis Holdings LLC (2384) and DeCurtis LLC (9241). The location of the Debtors' service address in these chapter 7 cases is 3208 East Colonial Drive, Suite C190, Orlando, FL 32803.

{1385.001-W0072492.2}

**IT IS HEREBY ORDERED THAT:**

1. Emergency Motion is **GRANTED** to the extent and under the conditions set forth below.

2. The provision of Paragraph 1(e) of the Permanent Injunction Order [Adv. D.I. 83; D.I. 534] prohibiting any "altering" of the "MAS source code" is hereby **STAYED** pending the disposition of UnumX's and Invictus's appeals solely to the extent required to permit (a) subject to paragraphs 2(b) and 5, alterations of any version of standalone MAS source code that is not integrated with the Remaining DXP Assets, as that term is defined in the August 9 Opinion of this Court [Adv. D.I. 57, D.I. 459]; and (b) alterations of any version of MAS source code as used by Carnival, Disney, or Virgin Voyages in response to a request from one of those existing customers.

3. The Permanent Injunction Order shall otherwise remain in effect with respect to the Remaining DXP Assets, as defined in the Opinion [Adv. D.I. 57, D.I. 459] and the Permanent Injunction Order.

    a. For the avoidance of doubt, the stay does not authorize alteration to Remaining DXP Assets (including Location Services), even if such changes are necessary for or related to effecting a change of MAS source code.

    b. For further avoidance of doubt, Invictus, UnumX, Sentioza, and any related entities or persons with knowledge of the Permanent Injunction Order are prohibited from altering any Remaining DXP Assets.

4. This stay is granted on the condition that UnumX shall store a separate copy of the MAS source code related to any program used by Carnival in its current form and shall not alter that copy pending further order of the Court or with Carnival's agreement.

5. This stay is granted on the further condition that UnumX shall limit access to the copy of the MAS source code underlying the MAS program used by Carnival ("Carnival's Copy") to a list of no more than 6 individuals, and shall provide that list on a confidential, attorneys'-eyes-only basis to Carnival and to the Court no later than September 15, 2023. The individuals will include administrators and non-administrators. The non-administrators' access to Carnival's Copy would be limited to providing services and alterations with the agreement of Carnival. For avoidance of doubt, nothing in this paragraph shall prevent UnumX from granting access

to, using, or altering standalone MAS source code as permitted in paragraph 2(a) for the benefit of other customers.

6. Invictus and UnumX shall provide documents to Carnival sufficient to demonstrate the ownership structure of UnumX and Sentioza, LLC no later than September 15, 2023, with Carnival reserving all rights to seek additional discovery as necessary.

7. For avoidance of doubt, this partial stay does not permit UnumX, Sentioza, or any other entity to retain or to alter any code to the extent such action is inconsistent with any ruling regarding the validity of Invictus's foreclosure or Carnival's pending § 365(n) motion.

8. For further avoidance of doubt, nothing in this order affects the validity or terms of, or the parties' rights under, of any agreement reached pursuant to Paragraph 2 of the Permanent Injunction.

9. Pursuant to the appellate divestiture rule, this order operates only to stay the effectiveness of the Permanent Injunction Order, to the extent set forth herein, during the pendency of the appeal. This order does not by its terms alter or change the terms of the Permanent Injunction Order that is now on appeal.

**IT IS SO ORDERED.**

**Dated: September 15th, 2023**
**Wilmington, Delaware**

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE

{1385.001-W0072492.2}