IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 7 |
| DECURTIS HOLDINGS LLC, *et al.*,[1] | ) Case No. 23-10548 (JKS) |
| Debtors. | ) (Jointly Administered) |
| CARNIVAL CORPORATION, | ) |
| Plaintiff, | ) |
| v. | ) Adv. Case No. 23-50413 (JKS) |
| DECURTIS HOLDINGS LLC, DECURTIS LLC | ) **Obj. Deadline: November 13, 2023 at 9:00 a.m. (ET)**<br>**Hearing Date: November 15, 2023 at 2:00 p.m. (ET)**<br>**Re: Docket Nos. 153, 154 & 157** |
| Defendants. | ) |

## NOTICE OF MOTION AND HEARING

PLEASE TAKE NOTICE that, on November 3, 2023, Magical Cruise Company, Limited d/b/a Disney Cruise Line ("**DCL**") filed the *Magical Cruise Company, Limited d/b/a Disney Cruise Line's Motion to Modify the Permanent Injunction* [Docket No. 153] (the "**Injunction Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

PLEASE TAKE FURTHER NOTICE that the DCL also filed a motion to shorten the notice and objection periods with respect to the Injunction Motion [Docket No. 154] (the "**Motion to Shorten**"). **You were previously served with copies of the Injunction Motion and the Motion to Shorten**.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number include: DeCurtis Holdings LLC (2384) and DeCurtis LLC (9241). The location of the Debtors' service address in these chapter 11 cases is 3208 East Colonial Drive, Suite C190, Orlando, FL 32803.

RLF1 30050619v.1

PLEASE TAKE FURTHER NOTICE that, on November 6, 2023, the Court entered an order granting the Motion to Shorten [Docket No. 157] (the "**Order Shortening Notice**"). A copy of the Order Shortening Notice is attached hereto as Exhibit A. **You are being served with a copy of the Order Shortening Notice contemporaneously herewith**.

PLEASE TAKE FURTHER NOTICE that, in the accordance with the Order Shortening Notice, DCL shall file a supplemental brief no later than November 10, 2023 addressing the Court's jurisdiction to consider the Injunction Motion (the "**Supplemental Brief**"). Any responses or objections to the Supplemental Brief must be made in writing and filed with the Court no later than **November 13, 2023 at 9:00 a.m. (prevailing Eastern Time)**.

PLEASE TAKE FURTHER NOTICE that, notwithstanding any prior notice to the contrary and in accordance with the Order Shortening Notice: (i) a hearing to consider the Injunction Motion will be held on **November 15, 2023 at 2:00 p.m. (prevailing Eastern Time)** before The Honorable J. Kate Stickles, United States Bankruptcy Judge for the District of Delaware, at the Court, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801, and (ii) any responses or objections to the Injunction Motion must be made in writing and filed with the Court no later than **November 13, 2023 at 9:00 a.m. (prevailing Eastern Time)**.

| | |
|---|---|
| DATED: Wilmington, Delaware<br>November 6, 2023 | **RICHARDS, LAYTON & FINGER, P.A.**<br><br>*/s/ Zachary J. Javorsky*<br>Daniel J. DeFranceschi (DE Bar No. 2732)<br>Cory D. Kandestin (DE Bar No. 5025)<br>Zachary J. Javorsky (DE Bar No. 7069)<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 651-7700<br>Facsimile:  (302) 651-7701<br>defranceschi@rlf.com<br> kandestin@rlf.com<br> javorsky@rlf.com<br><br>**PILLSBURY WINTHROP SHAW PITTMAN LLP**<br><br>Andrew M. Troop*<br>Hugh H. McDonald*<br>Kwame O. Akuffo*<br>31 West 52nd Street<br>New York, NY 10019-6131<br>Telephone: (212) 858-1000<br>Facsimile: (212) 858-1500<br>andrew.troop@pillsburylaw.com<br>hugh.mcdonald@pillsburylaw.com<br>kwame.akuffo@pillsburylaw.com<br><br>*Counsel for Magical Cruise Company, Limited, d/b/a Disney Cruise Line*<br><br>*Admitted pro hac vice* |