**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| DECURTIS HOLDINGS LLC, *et al.*,[1] | ) Case No. 23-10548 (JKS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| CARNIVAL CORPORATION, | ) |
| | ) |
| Plaintiff, | ) Adv. Case No. 23-50413 (JKS) |
| | ) |
| v. | ) |
| | ) |
| DECURTIS HOLDINGS LLC and | ) |
| DECURTIS LLC, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**MOTION TO CLOSE ADVERSARY PROCEEDING**

Plaintiff Carnival Corporation ("Carnival"), by and through its undersigned counsel, brings this motion and respectfully moves the Court for an order closing the above-captioned adversary proceeding (the "Motion"). In support thereof, Carnival states as follows:

**REQUESTED RELIEF**

1.     On June 23, 2023, Carnival commenced the adversary proceeding by filing a Complaint for Declaratory Relief against defendants DeCurtis Holdings LLC and DeCurtis LLC [Docket No. 1].

2.     On September 5, 2023, UnumX, a Cayman Islands exempted company

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number include: DeCurtis Holdings LLC (2384) and DeCurtis LLC (9241). The location of the Debtors' service address is 3208 East Colonial Drive, Suite C190, Orlando, FL 32803.

2

incorporated with limited liability ("UnumX") filed a Motion to Join in as Defendant in Adversary Proceeding [Docket No. 87] (the "Motion to Join").  On September 19, 2023, Carnival filed an Opposition to the Motion to Join [Docket No. 126].  On September 26, 2023, UnumX filed a Reply in further Support of the Motion to Join [Docket No. 129].  The Motion to Join  is still pending.

3.      The pending matters related to the above-captioned adversary proceeding have been resolved as a result of an agreement between Carnival and UnumX and no other controversy requires adjudication by the Court.  Thus, plaintiff Carnival hereby requests that the adversary proceeding be closed.

WHEREFORE, for the reasons stated, Carnival respectfully requests that this Court enter an order granting the relief requested and such other and further relief as is just and proper.

[*Signature Page to Follow*]

10823992.v3

Dated:  January 12, 2024
Wilmington, Delaware

*/s/ Sally E. Veghte*

Domenic E. Pacitti (DE Bar No. 3989)
Richard M. Beck (DE Bar No. 3370)
Sally E. Veghte (DE Bar No. 4762)
**KLEHR HARRISON HARVEY BRANZBURG LLP**
919 Market Street, Suite 1000
Wilmington, Delaware, 19801-3062
Telephone: (302) 426-1189
Email:  dpacitti@klehr.com
          rbeck@klehr.com
          sveghte@klehr.com

-and-

Raniero D'Aversa, Esq.
Michael Trentin, Esq.
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
51 West 52nd Street
New York, New York 10019-6142
Telephone: (212) 506-5000
Email: rdaversa@orrick.com
          mtrentin@orrick.com

-and-

Sheryl K. Garko, Esq.
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
222 Berkeley Street, Suite 2000
Boston, Massachusetts 02116
Telephone: (617) 880-1800
Email: sgarko@orrick.com

-and-

Steven J. Routh Esq.
T. Vann Pearce, Jr., Esq.
Diana S. Fassbender, Esq.
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
1152 15th Street NW
Washington, D.C. 20005
Telephone: (202) 339-8400
Email:  srouth@orrick.com
          vpearce@orrick.com
          szego@orrick.com

-and-

10823992.v3

Robert L. Uriarte
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
355 S. Grand Ave., Ste. 2700
Los Angeles, CA 90071
Telephone: (213) 629-2020
Email: ruriarte@orrick.com

*Counsel to Carnival Corporation*

10823992.v3